IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEDWELL H. BELLAMY,
    Plaintiff,

vs.                                    CASE NO.: 5:12cv360/MP/CJK

CAROLYN W. COLVIN,
Commissioner of Social Security,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's counsel's motion to dismiss complaint (doc. 15). Plaintiff's counsel claims that plaintiff failed to disclose all relevant information to him, and if plaintiff had disclosed such information, counsel would not have filed the instant complaint. The undersigned issued an Order on April 10, 2013 (doc. 16), requiring plaintiff's counsel to provide plaintiff with a copy of the motion to dismiss, a copy of the Order, and inform plaintiff of his right to proceed in this action without a lawyer. Counsel has fully complied. The undersigned allowed plaintiff until April 23, 2013, to notify the court of the desire to proceed without a lawyer. Plaintiff has not, as of the date of this order, informed the court of such a desire.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss complaint (doc. 15) be granted, that this case be dismissed without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida this 7th day of May, 2013.

*/s/ Charles J. Kahn, Jr.*

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).